FILED
April 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: D. Trujillo
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**(1) CARLOS OMAR LARA-MUNIZ also known as (a.k.a.) "Goofy",**
**(2) RUBEN ESQUIVEL-GOMEZ also known as (a.k.a.) "Guero",**
**(3) RICARDO DELGADO-SEPULVEDA also known as (a.k.a.) "Spiderman",**
**(4) JUAN CARLOS LARA-QUEZADA also known as (a.k.a.) "Ironman",**
**(5) ROGELIO DELGADO-SEPULVEDA also known as (a.k.a.)"Groot",**
**(6) JUAN DAVID VAQUERA-GUERRERO also known as (a.k.a.) "Cone" and "Sonic",**

**Defendants.**

**CASE NUMBER: EP-24-CR-02478-KC**

**SECOND SUPERSEDING INDICTMENT**

**CT 1:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(iv) - Conspiracy to Transport Aliens Resulting in Death;

**CT 2:** 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii) - Transporting Aliens;

**CT 3:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i) - Conspiracy to Harbor Aliens;

**CT 4:** 8 U.S.C. §§ 1324(a)(1)(A)(ii) & (a)(1)(B)(iv) - Transporting Aliens Resulting in Death;

**CT 5:** 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i) and (a)(1)(B)(i) - Conspiracy to Bring in Aliens;

**CT 6:** 18 U.S.C. § 1956(h)- Conspiracy to Launder Monetary Instruments.

***Notice of Government's Demand for Forfeiture***

THE GRAND JURY CHARGES:

**COUNT ONE**

Beginning on or about June 13, 2024, and continuing until on or about December 20, 2024, in the Western District of Texas, Defendants,

**(1) CARLOS OMAR LARA-MUNIZ a.k.a. "Goofy",**
**(2) RUBEN ESQUIVEL-GOMEZ a.k.a. "Guero",**
**(3) RICARDO DELGADO-SEPULVEDA a.k.a. "Spiderman",**
**(4) JUAN CARLOS LARA-QUEZADA a.k.a. "Ironman",**

**(5) ROGELIO DELGADO-SEPULVEDA a.k.a. "Groot" and**
**(6) JUAN DAVID VAQUERA-GUERRERO a.k.a. "Cone" and "Sonic",**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others known and unknown to the Grand Jury, to commit an offense against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, resulting in the death of M.M.H.G., in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) & (a)(1)(B)(iv).

**COUNT TWO**

On or about October 13, 2024, in the Western District of Texas, Defendants,

**(1) CARLOS OMAR LARA-MUNIZ a.k.a. "Goofy" and**
**(2) RUBEN ESQUIVEL-GOMEZ a.k.a. "Guero",**

knowing and in reckless disregard of the fact that a certain alien, J.A.C.C, had come to, entered and remained in the United States in violation of law, transported and moved, and attempted to transport and move said alien within the United States in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

**COUNT THREE**

Beginning on or about June 13, 2024, and continuing until on or about December 20, 2024, in the Western District of Texas, Defendants,

**(1) CARLOS OMAR LARA-MUNIZ a.k.a. "Goofy",**
**(2) RUBEN ESQUIVEL-GOMEZ a.k.a. "Guero",**
**(3) RICARDO DELGADO-SEPULVEDA a.k.a. "Spiderman",**
**(4) JUAN CARLOS LARA-QUEZADA a.k.a. "Ironman" and**
**(5) ROGELIO DELGADO-SEPULVEDA a.k.a. "Groot",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury unknown, to commit an offense against the United States, namely: knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, concealed, harbored, and shielded from detection, and attempted to conceal, harbor, and shield from detection such aliens, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(iii) and (a)(1)(B)(i).

**COUNT FOUR**

On or about October 13, 2024, in the Western District of Texas, Defendants,

**(1) CARLOS OMAR LARA-MUNIZ a.k.a. "Goofy"**
**(2) RUBEN ESQUIVEL-GOMEZ a.k.a. "Guero", and**
**(4) JUAN CARLOS LARA-QUEZADA a.k.a. "Ironman",**

knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, transported and moved, and attempted to transport and move such aliens within the United States, resulting in the death of M.M.H.G., in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) & (a)(1)(B)(iv).

**COUNT FIVE**

Beginning on or about June 13, 2024, and continuing until on or about December 20, 2024, in the Western District of Texas, the District of New Mexico and elsewhere, Defendants,

**(1) CARLOS OMAR LARA-MUNIZ a.k.a. "Goofy",**
**(2) RUBEN ESQUIVEL-GOMEZ a.k.a. "Guero",**
**(3) RICARDO DELGADO-SEPULVEDA a.k.a. "Spiderman",**
**(4) JUAN CARLOS LARA-QUEZADA a.k.a. "Ironman",**
**(5) ROGELIO DELGADO-SEPULVEDA a.k.a. "Groot" and**
**(6) JUAN DAVID VAQUERA-GUERRERO a.k.a. "Cone" and "Sonic",**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with others to the Grand Jury unknown, to commit an offense against the United States,

namely: to bring to and attempt to bring to the United States certain aliens, at a place other than a designated port of entry, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(i) and (a)(1)(B)(i).

**COUNT SIX**

Beginning on or about March 1, 2024, and continuing until on or about December 20, 2024, in the Western District of Texas, Defendants,

**(3) RICARDO DELGADO-SEPULVEDA a.k.a "Spiderman" and**
**(4) JUAN CARLOS LARA-QUEZADA a.k.a. "Ironman",**

did knowingly conspire, confederate, and agree together and with other persons to the Grand Jury known and unknown to commit offenses against the United States, that is, to violate Title 18, United States Code, Section 1956(a)(2)(A), to wit: to knowingly transport, transmit, transfer, and attempt to transport, transmit, and transfer monetary instruments and funds, such monetary instruments consisting of United States currency from a place outside the United States, that place being Mexico, to a place in the United States, that place being within the Western District of Texas, knowing that the monetary instruments and funds were proceeds of specified unlawful activity, namely Conspiracy to Bring in and Harbor Certain Aliens, in violation of Title 8, United States Code, Section 1324, with the intent to promote the carrying on of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A); All in Violation of Title 18, United States Code, Section 1956(a)(2)(A) & (h).

**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2]**

**I.**
**Transportation of Aliens Violation and Forfeiture Statutes**
**[Title 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i), (a)(1)(A)(ii), (a)(1)(A)(iii), (a)(1)(B)(i), (a)(1)(B)(ii), and (a)(1)(B)(iv), subject to forfeiture pursuant to Title 18 U.S.C. §§ 982(a)(6)(A) and (B) and Title 8 U.S.C. § 1324(b)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth in Counts One through Five, the United States of America gives notice to Defendants **(1) CARLOS OMAR LARA-MUNIZ a.k.a. "Goofy", (2) RUBEN ESQUIVEL-GOMEZ a.k.a. "Guero", (3) RICARDO DELGADO-SEPULVEDA a.k.a. "Spiderman", (4) JUAN CARLOS LARA-QUEZADA a.k.a. "Ironman", (5) ROGELIO DELGADO-SEPULVEDA a.k.a. "Groot", and (6) JUAN DAVID VAQUERA-GUERRERO a.k.a. "Cone" and "Sonic"** of its intent to seek the forfeiture of certain property upon conviction pursuant to Fed. R. Crim. P. 32.2, Title 18 U.S.C. §§ 982(a)(6)(A) and (B), and Title 8 U.S.C. § 1324(b)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which state:

> **Title 18 U.S.C. § 982. Criminal Forfeiture**
> **(a)(6)(A)** The court, in imposing sentence on a person convicted of a violation of, or conspiracy to violate, section 254(a), 274A(a)(1), or 274A(a)(2) of the Immigration and Nationality Act or section 555, 1425, 1426, 1427, 1541, 1542, 1543, 1544, or 1546 of this title, or a violation of, or conspiracy to violate, section 1028 of this title if committed in connection with passport or visa insurance or use, shall order that the person forfeit to the United States, regardless of any provision of State Law—
> **(i)** any conveyance, including any vessel, vehicle or aircraft used in the commission of the offense of which the person is convicted; and
> **(ii)** any property real or personal—
> **(I)** that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or
> **(II)** that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.
> **(B)**The Court, in imposing sentence on a person described in subparagraph (A), shall order that the person forfeit to the United States all property described in that subparagraph.
>
> **Title 8 U.S.C. § 1324(b) Seizure and Forfeiture**
> **(1)** In general
> Any conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of a violation of subsection (a), the gross proceeds of such violation, and any property traceable to such conveyance or proceeds, shall be seized and subject to forfeiture.

**II.**
**Money Laundering Violation and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 1956(h) and 1956(a)(2)(A),**
**subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(1)]**

As a result of the criminal violations set forth in Count Six, the United States gives notice to Defendants **(3) RICARDO DELGADO-SEPULVEDA a.k.a. "Spiderman" and (4) JUAN CARLOS LARA-QUEZADA a.k.a. "Ironman"** of its intent to seek the forfeiture of certain property upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(1), which states:

> **18 U.S.C. § 982. Criminal Forfeiture.**
> **(a)(1)** The court, in imposing sentence on a person convicted of an offense in violation of section 1956 . . . of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand of Forfeiture includes but is not limited to the Money Judgment described below in Paragraph III.

**III.**
**Money Judgment**

A sum of money that represents the amount of proceeds obtained, directly or indirectly, property involved in such offense, or traceable to such property as a result of the violations set forth above for which Defendants **(1) CARLOS OMAR LARA-MUNIZ a.k.a. "Goofy", (2) RUBEN ESQUIVEL-GOMEZ a.k.a. "Guero", (3) RICARDO DELGADO-SEPULVEDA a.k.a. "Spiderman", (4) JUAN CARLOS LARA-QUEZADA a.k.a. "Ironman", (5) ROGELIO DELGADO-SEPULVEDA a.k.a. "Groot", and (6) JUAN DAVID VAQUERA-GUERRERO a.k.a. "Cone" and "Sonic"** are individually liable.

**Substitute Assets**

If any forfeitable property, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property owned by the Defendants, up to the value of said money judgment, as substitute assets pursuant to Title 21 U.S.C. 853(p) and Fed. R. Crim. P. 32.2(e)(1).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney